UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHELLE DIANE ALBARRAN,<br><br>      Defendant. | Case No. 2:23-mj-00413-VCF<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, September 27, 2023 at 9:00 a.m., be vacated and continued to __November 1, 2023__ at the hour of __9:00 am__ in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

      DATED this 26th day of September, 2023.

                                              UNITED STATES MAGISTRATE JUDGE