UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE DIANE ALBARRAN,<br><br>    Defendant. | Case No. 2:23-mj-00413-MDC<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the bench trial currently scheduled for February 7, 2024, at 9:00 a.m., be vacated and continued to March 13, 2024 at 9:00 am in LV Courtroom 3A before Magistrate Judge Maximiliano D. Couvillier, III.

    DATED this 22nd day of January, 2024.

_____
MAXIMILIANO D. COUVILLIER, III,
UNITED STATES MAGISTRATE JUDGE